**West Virginia Coal Company et al., appellants, v. Mary Staub et al., appellees.**

Charge that defendants, by mining coal, caused a subsidence of surface. Judgment for plaintiffs for $500. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded. Opinion filed July 2, 1923.

M. C. Young and F. E. Merrills, for appellants. Turner, Holder & Bullington, for appellees.

Mr. Justice Barry delivered the opinion of the court.

---

**Beckley Cardy Company et al., William Toelle, appellant v. Board of Education of Noble Community High School District No. 77, appellee.**

Assumpsit for loss on alleged contract for high school. Decree for defendant. Appeal from the Circuit Court of Richland county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Shaw & Huffman, for appellant. H. G. Morris, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Robert W. Tiernan, appellant, v. Harry A. Lasater et al., appellees.**

Suit to foreclose a first and a second mortgage. Bill dismissed for want of equity. Appeal from the Circuit Court of Wayne county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

Creighton & Thomas, for appellant. Mills & Forth, for appellees.

Mr. Justice Barry delivered the opinion of the court.

---

**E. F. McCarty, appellee, v. Illinois Central Railroad Company, appellant.**

Assumpsit for damages for failing to deliver carload of apples within reasonable time. Judgment for plaintiff. Appeal from the Circuit Court of Jasper county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

Kasserman & Kasserman, for appellant. John G. Drennan and E. A. Smith, of counsel. Albert E. Isley, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**Froney Brink, appellant, v. Peter Brink, appellee.**

Suit for separate maintenance. Bill dismissed for want of equity. Appeal from the Circuit Court of Washington county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

George W. Dowell, for appellant. J. Paul Carter, for appellee.

Mr. Justice Higbee delivered the opinion of the court.